# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Maureen P. | U.S. District Court for the Western District of Pennsylvania | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court for the Western District of Pennsylvania
9280 U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Architect, S-Corp, Hayes Design Group - Architects, Inc - W2 and K1 (Employee & 95% Shareholder) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Allegheny County Bar Association | 6/13/19 - 6/15/19 | Champion, PA | Bench - Bar Conference | Food and lodging |
| 2. | Academy of Trial Lawyers | 10/3/19 - 10/5/19 | Farmington, PA | Annual Conference | Food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Maureen P.** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab retirement inherited IRA (H) | | | | | | | | | |
| 2. -Cash & Cash Equivalents | | None | J | T | | | | | |
| 3. PNC Savings Account | A | Interest | J | T | | | | | |
| 4. PNC Savings Account | A | Interest | M | T | | | | | |
| 5. Schwab Brokerage Account (H) | | | | | | | | | |
| 6. -Large US Equity Berk Hath new Class B | | None | N | T | Sold (part) | 11/07/19 | J | C | |
| 7. -Large US Equity Polen Growth Fund | A | Dividend | N | T | Distributed (part) | 12/05/19 | J | A | |
| 8. -Large US Equity Yacktman Focused Inst | | None | M | T | Sold (part) | 11/14/19 | M | | |
| 9. | | | | | Distributed (part) | 12/16/19 | K | E | |
| 10. -Large US Equity Jensen Quality Growth Fd | B | Dividend | M | T | Distributed (part) | 12/18/19 | J | D | |
| 11. -Large US Equity American Express Company | B | Dividend | M | T | | | | | |
| 12. -Large US Equity Kinetics Paradigm Fund Cl I | | None | M | T | Distributed (part) | 12/30/19 | J | B | |
| 13. -Large US Equity Longleaf Partners Fund | A | Dividend | L | T | Distributed (part) | 11/27/19 | J | B | |
| 14. -Large US Equity Amazon Com Inc | | None | L | T | | | | | |
| 15. -Large US Equity Sequoia Fund | | None | K | T | Distributed (part) | 06/10/19 | J | A | |
| 16. | | | | | Distributed (part) | 11/18/19 | J | B | |
| 17. -Large US Equity PNC Finl Services Gp Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -Mid US Equity Akre Focus Fd Inst | | None | M | T | Distributed (part) | 12/13/19 | J | D | |
| 19.  -Mid US Equity Nuance Concentrated Value | | None | | | Sold | 11/14/19 | L | D | |
| 20.  -Mid US Equity Vanguard MidCap ETF | B | Dividend | M | T | Buy | 04/11/19 | K | | |
| 21. | | | | | Buy (add'l) | 05/10/19 | K | | |
| 22. | | | | | Buy (add'l) | 06/24/19 | K | | |
| 23. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 24. | | | | | Buy (add'l) | 08/12/19 | K | | |
| 25. | | | | | Buy (add'l) | 09/11/19 | K | | |
| 26. | | | | | Buy (add'l) | 11/20/19 | L | | |
| 27.  -Mid US Equity Alpha Architect US Quantative Value ETF | B | Dividend | M | T | Buy | 04/11/19 | K | | |
| 28. | | | | | Buy (add'l) | 05/10/19 | K | | |
| 29. | | | | | Buy (add'l) | 06/24/19 | K | | |
| 30. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 31. | | | | | Buy (add'l) | 08/12/19 | K | | |
| 32. | | | | | Buy (add'l) | 09/11/19 | K | | |
| 33. | | | | | Buy (add'l) | 11/15/19 | L | | |
| 34. | | | | | Buy (add'l) | 11/20/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Maureen P.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Small US Equity FPA Capital Fund Cl A | | None | | | Distributed<br>(part) | 06/27/19 | J | A | |
| 36. | | | | | Sold | 11/14/19 | M | | |
| 37.   -Small US Equity Longleaf Partners Small<br>Cap Fund | | None | M | T | Distributed<br>(part) | 11/27/19 | J | D | |
| 38.   -Small US Equity Intrepid Endurance Fund | | None | | | Sold | 11/14/19 | L | | |
| 39.   -Small US Equity Vulcan Value Partners<br>Small Cap | | None | | | Sold | 11/14/19 | K | | |
| 40.   -Small US Equity Cove Street Capital | A | Dividend | L | T | | | | | |
| 41.   -Small US Equity WisdomTree US<br>SmallCap Earnings ETF | A | Dividend | N | T | Buy | 04/11/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 06/24/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 11/15/19 | M | | |
| 48. | | | | | Buy<br>(add'l) | 11/20/19 | L | | |
| 49.   -Global Equity Oakmark Global Select | B | Dividend | N | T | | | | | |
| 50.   -Global Equity Evermore Global Value Fd<br>Cl I | A | Dividend | K | T | Distributed<br>(part) | 12/06/19 | J | A | |
| 51.   -Global Equity VanEck Vectors Morningstar<br>Intl Moat ETF | D | Dividend | M | T | Buy | 01/17/19 | M | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Maureen P.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -Global Equity PIMCO RAFI Dyn Multi-Factor Emerging Markets Equity ETF | C | Dividend | M | T | Buy | 01/17/19 | L | | |
| 53. | | | | | | Buy (add'l) | 11/15/19 | K | | |
| 54. | -International Developed Equity Tweedy Browne Global Value Fund | | None | M | T | Distributed (part) | 12/12/19 | J | A | |
| 55. | -International Developed Equity Harbor International Fund Inst Cl | | None | | | Sold | 11/14/19 | M | | |
| 56. | -International Developed Equity First Eagle Overseas Fund Cl | A | Dividend | M | T | Distributed (part) | 12/18/19 | J | D | |
| 57. | -International Developed Equity Lazard Intl Strategic | | None | | | Sold | 11/14/19 | M | D | |
| 58. | -International Developed Equity Schwab Intl Small-Cap Equity ETF | B | Dividend | M | T | Buy | 04/11/19 | J | | |
| 59. | | | | | | Buy (add'l) | 05/10/19 | J | | |
| 60. | | | | | | Buy (add'l) | 06/24/19 | J | | |
| 61. | | | | | | Buy (add'l) | 07/11/19 | J | | |
| 62. | | | | | | Buy (add'l) | 08/12/19 | J | | |
| 63. | | | | | | Buy (add'l) | 09/11/19 | J | | |
| 64. | | | | | | Buy (add'l) | 11/15/19 | M | | |
| 65. | | | | | | Buy (add'l) | 12/18/19 | J | | |
| 66. | -International Developed Equity Brookfield Asset Mgmt Inc Class A | A | Dividend | K | T | Buy | 11/14/19 | K | | |
| 67. | -International Emerging Equity Seafarer Overseas Gwth & Inc | | None | | | Sold | 11/14/19 | K | | |
| 68. | -International Emerging DFA Emerging Markets Small Cap I | | None | M | T | Buy | 11/20/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Distributed (part) | 12/17/19 | J | A | |
| 70. -Alternative Securities Baron Real Estate Fund | | None | L | T | Distributed (part) | 09/27/19 | J | A | |
| 71. | | | | | Distributed (part) | 11/26/19 | J | D | |
| 72. -Alternative Securities Litman Gregory Masters Alt Strat Inst | | None | L | T | | | | | |
| 73. -Alternative Securities AQR Diversified | | None | L | T | | | | | |
| 74. -Alternative Securities Calamos Market Neutral | A | Dividend | | | Sold | 08/13/19 | K | A | |
| 75. -Fixed Income Long/Intermediate Loomis Sayles Bond Cl I | | None | K | | Distributed (part) | 12/16/19 | J | A | |
| 76. -Fixed Income Short-Term Bond Vanguard Short-Term Tax-Exempt Admiral | C | Dividend | N | T | Buy | 04/11/19 | M | | |
| 77. | | | | | Buy (add'l) | 08/14/19 | K | | |
| 78. -Cash & Cash Equivalents (Schwab various accounts) | B | Interest | M | T | | | | | |
| 79. Allegiant Federal Credit Union Cash Account | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maureen P. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544